JS - 6

# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.  EDCV 08-1949-VAP (AJWx)                    Date:  January 26, 2009

Title:    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES 1 LLC, ASSET BACK CERTIFICATES, SERIES 2007-AC3 -v- ALONZO POWELL; and; DOES 1 to 6, Inclusive

================================================================
PRESENT:     HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:    MINUTE ORDER: (1) VACATING JANUARY 30, 2009 HEARING; (2) GRANTING MOTION TO REMAND (IN CHAMBERS)

   The Court has received and considered all papers filed in support of Plaintiff Wells Fargo Bank, National Association, as Trustees for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset Backed Certificates, Series 2007-AC3's ("Plaintiff") Motion to Remand ("Motion").  Plaintiff's Motion is appropriate for resolution without oral argument.  <u>See</u> Fed. R. Civ. P. 78; Local R. 7-15.

EDCV 08-1949-VAP (AJWx)
WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES 1 LLC, ASSET BACK CERTIFICATES, SERIES 2007-AC3 v ALONZO POWELL; and; DOES 1 to 6, Inclusive
MINUTE ORDER of January 26, 2009

      The Court granted Plaintiff's Ex Parte Application for an Order Shortening Time on January 16, 2009 and set this matter for hearing on January 30, 2009, with Opposition to be filed no later than January 22, 2009.  Under Local Rule 7-9, a party must file opposition papers no later than 14 days before the date designated for the hearing of the motion.  Defendants filed no opposition.  Under Local Rule 7-12, the Court finds Defendants have consented to granting the Motion.  Plaintiffs' Complaint is remanded to the Superior Court for the County of Riverside.

**IT IS SO ORDERED.**